1   Mark P. Estrella (SBN 187091)
    MEstrella@InitiativeLegal.com
2   David M. Medby (SBN 227401)
    DMedby@InitiativeLegal.com
3   Sang Park (SBN 232956)
    SPark@InitiativeLegal.com
4   Initiative Legal Group APC
    1800 Century Park East, 2nd Floor
5   Los Angeles, California 90067
    Telephone: (310) 556-5637
6   Facsimile: (310) 861-9051

7   Attorneys for Plaintiff Peter Paul Aguiar
    and the Settlement Class



JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PAUL AGUIAR, individually, and on behalf of other members of the general public similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>CINGULAR WIRELESS, LLC, a Delaware corporation, CINGULAR WIRELESS EMPLOYEE SERVICES, LLC, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.: CV 06-8197 DDP (AJWx)<br><br>CLASS ACTION<br><br>[PROPOSED] **JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date:  February 28, 2011<br>Time:  10:00 a.m.<br>Place: Courtroom 3<br><br>Action Filed: November 11, 2006<br>Trial Date:   None |

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

## JUDGMENT AND ORDER

On February 28, 2011, the Court entered an Order granting final approval of the class action settlement described in the Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement") between Plaintiff Peter Paul Aguiar ("Plaintiff") and Defendants AT&T Mobility LLC (formerly known as Cingular Wireless, LLC) and AT&T Mobility Services LLC (formerly known as Cingular Wireless Employee Services, LLC) ("Defendants") (collectively with Plaintiff, "Parties") and awarding a Class Representative Enhancement Payment and fees and costs as described in the Court's Order ("Final Approval Order").

Now that the Court has granted final approval of the Settlement, the Parties present to the Court this proposed form of Judgment for the Court's review and approval.

**NOW GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1.  The Court enters judgment in accordance with its Final Approval Order and orders that the Lawsuit be dismissed on the merits with prejudice on a class-wide basis in accordance with the terms of the Settlement Agreement. This document shall constitute a final judgment for purposes of Federal Rule of Civil Procedure, Rule 58.

2.  All Class Members, except those who timely opted out of the settlement or who were deemed opted out of the settlement pursuant to the Settlement Agreement, are bound by the instant Judgment and Order of Dismissal with Prejudice and by the terms of the Settlement Agreement, including the Release of Claims described in the Settlement Agreement.

3.  Without affecting the finality of the Settlement or the Judgment in any way, the Court shall retain exclusive and continuing jurisdiction over this

Lawsuit and the Parties, including all Class Members, for the purposes of monitoring compliance with and performance of the Settlement.

**IT IS SO ORDERED.**

Dated: MAR 25 2011

_____
Honorable Dean D. Pregerson
Judge, United States District Court